IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. |
| | : | |
| PETER GEOFFREY MOLONEY | : | Mag. No. 23-MJ-118 (MAU) |
| | : | |
| Defendant. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 113(a)(4) |
| | : | (Assault by Striking) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **PETER GEOFFREY MOLONEY** did forcibly assault, resist, oppose, impede, intimidate, and interfere with a police officer of the Metropolitan Police Department who was at the time assisting an officer and employee of the United States while such person was engaged in the performance of official duties and the assault was on account of the performance of official duties, and the acts in violation of this section involved physical contact with the victim and the intent to commit another felony, specifically a violation of 18 U.S.C. § 231(a)(3).

(**Assaulting, Resisting, and Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

**COUNT TWO**

On or about January 6, 2021, within the District of Columbia, **PETER GEOFFREY MOLONEY**, while within the territorial jurisdiction of the United States, namely the United States Capitol Grounds, did commit an assault by striking, beating, and wounding N.Q.

(**Assault by Striking, Beating, or Wounding within the Territorial Jurisdiction of the United States**, in violation of Title 18 United States Code, Section 113(a)(4))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant United States Attorney
NY Bar No. 5321617
Torre Chardon, Ste 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov

*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street, N.W.,
Washington, D.C. 20001
(202) 252-7566
victoria.sheets@usdoj.gov