# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-CR-242 (CJN) |
| : | |
| PETER GEOFFREY MOLONEY, : | |
| : | |
| Defendant. : | |

## MOTION TO RESCHEDULE CHANGE OF PLEA HEARING

The United States of America respectfully moves for a brief continuance of the Change of Plea hearing in this case. The hearing is currently set for Thursday, October 3, 2024, at 10:00 AM. An unforeseen conflict has arisen for that date and time. After consultation with the Courtroom Deputy regarding this Court's availability, the government moves this Court to set the hearing for Thursday, October 17, 2024, at 9:00 AM. The United States conferred with counsel for the defendant regarding this motion and they do not oppose the motion.

WHEREFORE, the United States respectfully requests that the Change of Plea hearing be reset for Thursday, October 17, 2024, at 9:00 AM.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant United States Attorney
New York Bar Reg. No. 5321617
U.S. Attorney's Office for the Dist. of Columbia
Capitol Siege Section
601 D Street NW
Washington, DC 20004